

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| DAWN M. CONNER | CIVIL ACTION NO. 07-CV-1044 |
| VS. | JUDGE MINALDI |
| U.S. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. 23], and after an independent review of the record and noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the plaintiff's Motion for Attorney's Fees under the Social Security Act is **GRANTED**. Attorney's fees under § 406(b) are fixed at 25% of claimant's past-due benefits or $9,724.00, which amount is cumulative of both § 406(a) and § 406(b) fees;

**IT IS FURTHER ORDERED** that upon receipt of same, counsel refund to the estate of claimant $6,689.64 or the amount of the EAJA fees previously awarded by judgment dated August 9, 2012.

Lake Charles, Louisiana, on this the _____ day of _____, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE